IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20923
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GUY WILLIAMS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-257-1
--------------------
June 19, 2001

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel representing Guy Williams has moved
for leave to withdraw and has filed a brief in accordance with
Anders v. California, 386 U.S. 738 (1967).  Williams was provided
with a copy of counsel's Anders motion and brief.  Williams has
filed a response asserting that his sentence was improper in
light of Apprendi v. New Jersey, 530 U.S. 466 (2000), and
requesting the appointment of substitute counsel.

Our independent review of the record, counsel's brief, and
Williams' response shows that there are no nonfrivolous issues

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

for appeal.  Consequently, Williams' motion to substitute counsel is DENIED AS MOOT, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5th Cir. R. 42.2.